CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER & BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO V.; GERALDINE JULIE B.; I.G.V., a minor by and through Guardian ad Litem, MARIO V.; OSCAR G.; CHRISTINA G.; O.D.G., a minor by and through Guardian ad Litem, CHRISTINA G.; Y.P., a minor by and through Guardian ad Litem, CHRISTINA G.; HUGO P.; ALICIA P.; A.P.H., a minor by and through Guardian ad Litem, ALICIA P., and other Similarly Situated Plaintiffs,<br><br>          Plaintiffs,<br><br>   vs.<br><br>ALISAL UNION SCHOOL DISTRICT, OSCAR F. LOYA ELEMENTARY SCHOOL, HENRY AMENTA, DIANA GARCIA, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>          Defendants. | Case No.: 18-CV-00041-BLF<br><br><br>**[~~PROPOSED~~] ORDER ON PLAINTIFFS' PETITION FOR APPROVAL OF SETTLEMENT FOR NAMED MINOR PLAINTIFFS** |

Plaintiffs MARIO V.; GERALDINE JULIE B.; I.G.V., a minor by and through Guardian At Litem, MARIO V.; OSCAR G.; CHRISTINA G.; O.D.G., a minor by and through Guardian At Litem, CHRISTINA G.; Y.P., a minor by and through Guardian At Litem, CHRISTINA G.; HUGO P.; ALICIA P.; A.P.H., a minor by and through Guardian At Litem, ALICIA P, petition this Court for an order approving the settlement of the entire matter and approving the compromise of the minors' claims against Defendant Henry Armenta. Having considered the parties' positions, relevant legal authorities, and the record in the case, the Court hereby **APPROVES** the settlement and the compromise of the Minors' claims against Defendant Henry Armenta.

Additionally, the Court Orders as follows:

1. The settlement proceeds of $4,000 shall be paid to the four named minor plaintiffs, $1,000 per child, with no deductions for attorney's fees or costs.

2. The settlement proceeds for each minor shall be placed into interest-bearing accounts in the name of the minor.

3. With this Order, the financial institution will block all withdrawals from the account until the individual minors reach the age of 18.  At that time, the minor will be able to withdraw the funds with no further court intervention. Specifically, the financial institution is ordered to block the accounts of the following individuals who are named by their initials in the complaint:

    a. I⬛⬛ G⬛⬛ V⬛⬛
    b. O⬛ D⬛ G⬛
    c. Y⬛⬛ P⬛
    d. A⬛⬛ P⬛ H⬛

4. The named Guardians ad litem are each authorized to sign a settlement and release on behalf of their minor children.

5. Within 45 days of receipt of the settlement funds from Defendant Henry Armenta, counsel for minors shall file a declaration indicating that the funds have been deposited into the blocked trust account.

6.  Within 60 days after the receipt of the final settlement funds from Defendant Henry Armenta, the parties shall file either: (1) a stipulated dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); or (2) a joint status report setting forth the reason(s) why the stipulated dismissal with prejudice was not entered.

IT IS SO ORDERED

Dated:   May 24, 2022

HON. BETH LABSON FREEMAN