# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARIO V., et al., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>HENRY ARMENTA, <br><br>　　　　　Defendant. | Case No. 18-cv-00041-BLF <br><br>**ORDER DIRECTING PLAINTIFFS TO FILE STIPULATED DISMISSAL OR STATUS REPORT BY JULY 31, 2023** <br><br>[Re: ECF 120] |

On May 12, 2023, Plaintiffs filed a Status Report advising that they will file a stipulated dismissal by July 31, 2023. Plaintiffs SHALL file a stipulated dismissal or status report by July 31, 2023.

**IT IS SO ORDERED.**

Dated: May 15, 2023

_____
BETH LABSON FREEMAN
United States District Judge