CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER & BONNER**
475 GATE FIVE RD, SUITE 211
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFFS

Christopher E. Panetta, Esq. (SBN 175127)
FENTON & KELLER
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, California 93942
Telephone: (831) 373-1241
Facsimile: (831) 373-7219
Email: cpanetta@fentonkeller.com;
Attorney for Defendant

HENRY ARMENTA

APPROVED
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO V.; GERALDINE JULIE B.; I.G.V., a minor by and through Guardian At Litem MARIO V.; OSCAR G-M.; CHRISTINA G.; O.D.G., a minor by and through Guardian At Litem CHRISTINA G.; Y.P., a minor by and through Guardian `At Litem CHRISTINA G.; HUGO P.; ALICIA P.; A.P.H., a minor by and through Guardian At Litem, ALICIA P., and other Similarly Situated Plaintiffs,<br><br>        Plaintiffs,<br>   vs.<br><br>HENRY ARMENTA, *In His Individual Capacity,* AND DOES 1 THROUGH 50, INCLUSIVE, | Case No.:  5:18-cv-00041-BLF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

{DAD-01445864;1}

STIPULATION FOR DISMISSAL WITH PREJUDICE / CASE NO. 5:18-CV-00041-BLF

|   |   |
|---|---|
| Defendants. |   |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice.

All parties are to bear their own costs and fees.

Dated: July 28, 2023

LAW OFFICES OF BONNER & BONNER

By: /*S/ Charles A. Bonner*
Charles A. Bonner
A. Cabral Bonner
Attorneys for Plaintiffs
MARIO V.; GERALDINE JULIE B.; I.G.V., a minor by and through Guardian At Litem, MARIO V.; OSCAR G.; CHRISTINA G.; O.D.G., a minor by and through Guardian At Litem, CHRISTINA G.; Y.P., a minor by and through Guardian At Litem, CHRISTINA G.; HUGO P.; ALICIA P.; A.P.H., a minor by and through Guardian At Litem, ALICIA P., and other Similarly Situated Plaintiffs

Dated: July 28, 2023

FENTON & KELLER

*/s/ Christopher E. Panetta*
Christopher E. Panetta, Esq.
Attorney for Defendant
HENRY ARMENTA